Vanessa R. Waldref
Assistant United States Attorney
Eastern District of Washington
Todd M. Swensen
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 14 2023

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

EDGAR ALONSO GARCIA ZAMORANO,

Defendant.

1:23-CR- 2011-SAB

INDICTMENT

Vio: 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)
Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine
(Count 1)

18 U.S.C. § 924(c)(1)(A)
Possession of a Firearm in Furtherance of Drug Trafficking
(Count 2)

18 U.S.C. § 924, 21 U.S.C. § 853, 28 U.S.C. § 2461
Forfeiture Allegations

The Grand Jury charges:

COUNT 1

On or about January 27, 2021, in the Eastern District of Washington the

INDICTMENT – 1

Defendant, EDGAR ALONSO GARCIA ZAMORANO, did knowingly and intentionally possess with intent to distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

COUNT 2

On or about January 27, 2021, in the Eastern District of Washington, the Defendant, EDGAR ALONSO GARCIA ZAMORANO, knowingly possessed firearms, to wit: an Auto-Ordnance Corp., Model Thompson, .45 caliber rifle bearing serial number KH6473; a Mossberg, Model 500, 12-gauge shotgun bearing serial number R471363; an Enfield model NO4MK½ .303 caliber rifle bearing serial number MK 400882; a Colt, Model El Jefe, .38 Super pistol bearing serial number 38SS04376; a Colt, Model Government, .38 Super pistol bearing serial number 38SS02743; a US Carbine, Model Unknown, .30 caliber rifle bearing serial number 3050029; a Remington, Model 770, 7mm rifle bearing serial number M71647381; a Keystone Sporting Arms, Model Crickett .22 caliber rifle bearing serial number 416832; a Kimber, Model Ultra Carry, .45 caliber pistol bearing serial number KU195572; a Full Metal Jacket, Model D, .45 caliber derringer bearing serial number 36992; and, a Smith & Wesson, Model M&P 15, .223 caliber rifle bearing serial number SY07483, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States,

INDICTMENT – 2

to wit: possession with intent to distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), as charged in Count 1, in violation of 18 U.S.C. § 924(c)(1)(A).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in this Indictment, the Defendant, EDGAR ALONSO GARCIA ZAMORANO, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including, but not limited to the following listed property:

- Auto-Ordnance Corp., Model Thompson, .45 caliber rifle bearing serial number KH6473;

- Mossberg, Model 500, 12-gauge shotgun bearing serial number R471363;

- Enfield model NO4MK½ .303 caliber rifle bearing serial number MK 400882;

- Colt, Model El Jefe, .38 Super pistol bearing serial number 38SS04376;

INDICTMENT – 3

- Colt, Model Government, .38 Super pistol bearing serial number 38SS02743;

- US Carbine, Model Unknown, .30 caliber rifle bearing serial number 3050029;

- Remington, Model 770, 7mm rifle bearing serial number M71647381;

- Keystone Sporting Arms, Model Crickett .22 caliber rifle bearing serial number 416832;

- Kimber, Model Ultra Carry, .45 caliber pistol bearing serial number KU195572;

- Full Metal Jacket, Model D, .45 caliber derringer bearing serial number 36992;

- Smith & Wesson, Model M&P 15, .223 caliber rifle bearing serial number SY07483;

- Any and all rounds of ammunition and firearm accessories seized.

If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

INDICTMENT – 4

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A), as set forth in Count 2 of this Indictment, the Defendant, EDGAR ALONSO GARCIA ZAMORANO, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- Auto-Ordnance Corp., Model Thompson, .45 caliber rifle bearing serial number KH6473;

- Mossberg, Model 500, 12-gauge shotgun bearing serial number R471363;

- Enfield model NO4MK½ .303 caliber rifle bearing serial number MK 400882;

- Colt, Model El Jefe, .38 Super pistol bearing serial number 38SS04376;

- Colt, Model Government, .38 Super pistol bearing serial number 38SS02743;

- US Carbine, Model Unknown, .30 caliber rifle bearing serial number 3050029;

- Remington, Model 770, 7mm rifle bearing serial number M71647381;

- Keystone Sporting Arms, Model Crickett .22 caliber rifle bearing serial number 416832;

- Kimber, Model Ultra Carry, .45 caliber pistol bearing serial number KU195572;

INDICTMENT – 5

- Full Metal Jacket, Model D, .45 caliber derringer bearing serial number 36992;

- Smith & Wesson, Model M&P 15, .223 caliber rifle bearing serial number SY07483; and,

- Any and all rounds of ammunition and firearm accessories seized.

DATED this 14th day of March 2023.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Todd M. Swensen*
Todd M. Swensen
Assistant United States Attorney

INDICTMENT – 6