FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 03, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR ALONSO GARCIA ZAMORANO,<br><br>Defendant. | No. 1:23-CR-2011-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos. 28, 29** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 28) and related Motion to Expedite (ECF No. 29). Defendant was represented on these Motions by Assistant Federal Defender Alex B. Hernandez III.

Defendant requests that the Court strike Special Condition No. 21, requiring home detention, so that he is available to assist with family responsibilities that arise during the day. ECF No. 29. The United States Attorney's Office and the United States Probation/Pretrial Services Office have no objection to Defendant's request. *Id*.

ORDER - 1

The Court, having reviewed the Motion and finding good cause therefor,

**HEREBY ORDERS:**

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 28**, and related Motion to Expedite, **ECF No. 29**, are **GRANTED**.

2. **Special Condition No. 21 (ECF No. 20 at 5) is STRICKEN.**

3. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED January 3, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2