FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 03, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>EDGAR ALONSO GARCIA ZAMORANO,<br><br>                Defendant. | No.  1:23-CR-02011-SAB-1<br><br>**ORDER GRANTING MOTION TO DISMISS** |

     The Court held a motion hearing in this matter on October 2, 2024, in Yakima, Washington. Defendant, who was not present due to deportation on April 9, 2024, was represented by Alex B. Hernandez. The United States was represented by Todd Swensen.

     At the hearing, the Court addressed Defendant's pending Motion to Dismiss Indictment with Prejudice, ECF No. 34. For the reasons stated on the record, the Court found good cause to grant the motion with prejudice. This Order memorializes the Court's oral rulings.

//

//

//

//

//

**ORDER GRANTING MOTION TO DISMISS** *1

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's pending Motion to Dismiss Indictment with Prejudice, ECF No. 34, is **GRANTED**.

2. The Indictment, ECF No. 1, is **DISMISSED with prejudice**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **close** the file.

**DATED** this 3rd day of October 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO DISMISS** *2